1038

[No. 43247-1-II. Division Two. January 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ALBERT STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00447-1, Anna M. Laurie, J., entered March 16, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 31061-2-III. Division Three. January 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHON VILLEGAS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00572-4, Craig J. Matheson, J., entered July 12, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 29048-4-III. Division Three. January 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TANSY FAY-ARWEN MATHIS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 09-1-00104-7, Ted W. Small, J. Pro Tem., entered May 11, 2010. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 30805-7-III. Division Three. January 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRT ANTHONY McPHERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 12-1-00029-0, Brian P. Altman, J., entered April 16, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.